UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

IN RE: AIR CRASH NEAR CLARENCE CENTER,
NEW YORK, ON FEBRUARY 12, 2009

09-md-2085

This Document Relates To:
ALL CASES

**STIPULATION OF DISMISSAL**

**IT IS HEREBY STIPULATED AND AGREED**, by and between the undersigned attorneys of record for BOMBARDIER, INC. and BOMBARDIER AEROSPACE CORP., COLGAN AIR, INC. and PINNACLE AIRLINES CORP., that

**WHEREAS**, no party hereto is an infant or incompetent person for whom a committee or guardian has been appointed, and no person not a party has an interest in the subject matter of the action:

**THAT**, all crossclaims and third-party actions by defendants COLGAN AIR, INC. and PINNACLE AIRLINES CORP. against defendants BOMBARDIER, INC. and BOMBARDIER AEROSPACE CORP. be and the same are hereby discontinued and dismissed on the merits, with prejudice and without costs or further recourse to the other, and all crossclaims and counterclaims by BOMBARDIER, INC. and BOMBARDIER AEROSPACE CORP. against COLGAN AIR, INC. and PINNACLE AIRLINES CORP. be and the same are hereby discontinued and dismissed on the merits, with prejudice and without costs or further recourse to the other; and

**THIS STIPULATION OF DISMISSAL**, pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure may be filed without further notice with the Clerk of the Court.

DATED: Buffalo, New York
March 1, 2011.

By: s/ David J. Harrington
    David J. Harrington

**CONDON & FORSYTH LLP**
Times Square Tower
7 Times Square, 18th Floor
New York, NY 10036
Tel.: (212) 894-6780
Fax: (212) 370-4453
dharrington@condonlaw.com

- and -

Neil A. Goldberg
**GOLDBERG SEGALLA LLP**
665 Main Street, Suite 400
Buffalo, NY 14203
Tel.: (716) 566-5475
Fax: (716) 566-5401
ngoldberg@goldbergsegalla.com

*Attorneys for Defendants Colgan Air, Inc. and Pinnacle Airlines Corp.*

By: s/ Michael A. Brady
    Michael A. Brady

**HAGERTY & BRADY**
69 Delaware Avenue, Suite 1010
Buffalo, NY 14202
Tel.: (716) 856-9443
Fax: (716) 856-0511
mbrady@hagerty-brady.com

- and -

L. Richard Musat
**TREECE ALFREY MUSAT & BOSWORTH, P.C.**
Denver Place, South Tower
999 18th Street, Suite 1600
Denver, CO 80202
Tel.: (303) 292-2700
Fax: (303) 295-0414
lrmusat@tamblaw.com

*Attorneys for Defendants Bombardier Aerospace Corp. and Bombardier Inc.*